AMY L. ROBERTS et al., on Behalf of Themselves and All Others Similarly Situated, Respondents, v TISHMAN SPEYER PROP-ERTIES, L.P., et al., Appellants.

Submitted August 3, 2009; decided August 27, 2009

Reported below, 62 AD3d 71.

---

AMY L. ROBERTS et al., on Behalf of Themselves and All Others Similarly Situated, Respondents, v TISHMAN SPEYER PROP-ERTIES, L.P., et al., Appellants.

Submitted August 3, 2009; decided August 27, 2009

Reported below, 62 AD3d 71.

Motion by Rent Stabilization Association of New York City, Inc. for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as

filed. Two copies of the brief must be served and 24 copies filed within seven days.